# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLARD JACKSON, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CIV-12-806-R ) |
| SHARON CADLE, et al., | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Order to Show Cause [Doc. No. 4] filed herein on December 7, 2012 and Plaintiff's response thereto [Doc. No. 5] filed December 20, 2012. Plaintiff is granted until January 20, 2013 to effect service on the Defendants or show good cause for his failure to do so in accordance with Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 21st day of December 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE